No. 97–1362. BARRETT v. HARRINGTON. C. A. 6th Cir. Certiorari denied.

No. 97–1363. SCHLOSSBERG, TRUSTEE v. MARYLAND COMPTROLLER OF THE TREASURY. C. A. 4th Cir. Certiorari denied.

No. 97–1365. UNITED MEXICAN STATES ET AL. v. WOODS, ATTORNEY GENERAL OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1366. MATTHEWS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–1367. ORMAN ET AL. v. CHARLES SCHWAB & CO., INC., ET AL. Sup. Ct. Ill. Certiorari denied.

No. 97–1369. IN RE CAPITAL CITY PRESS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1370. ZOK v. EASTAUGH ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1372. WHITLEY ET AL. v. ROCHON. C. A. 5th Cir. Certiorari denied.

No. 97–1377. WATERS ET UX. v. FRAZIER. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–1379. HIGHTOWER v. KENDALL Co. Ct. App. Ga. Certiorari denied.

No. 97–1385. STONE ET UX. v. CITY OF LYNN ET AL. App. Ct. Mass. Certiorari denied.

No. 97–1387. ROOF v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–1391. FORD MOTOR CO. v. SPERAU ET AL. Sup. Ct. Ala. Certiorari denied.

No. 97–1393. IN RE DYER. C. A. 5th Cir. Certiorari denied.